IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP L. BROWN,

    Petitioner,        No.  CIV S-10-1720 LKK DAD P

    vs.

MIKE McDONALD,

    Respondent.        ORDER

_____/

    Petitioner has filed three requests for an extension of time to file a response to the October 5, 2011 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for extension of time filed October 24, 2011 (Doc. No. 22) is granted;

    2.  Petitioner's requests for an extension of time, filed on October 28, 2011 and October 31, 2011, are denied as duplicative; and

    3 Petitioner shall file a response to the October 5, 2011 motion to dismiss within sixty days from the date of this order.

DATED: November 7, 2011.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md/4
brow1720.111oppo

1